# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America

vs.

(1) Rodil Diaz-Gomez

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: DR:22-M -01697(1)
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 20, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Rodil DIAZ-Gomez, an alien, entered, or was found in the United States at or near Carrizo Springs, Texas, after having been denied admission, excluded, deported, or removed from the United States through San Antonio, Tx on 10/28/2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The defendant, Rodil DIAZ-Gomez, was arrested by Border Patrol Agents, on July 20, 2022 for being an alien illegally present in the United States. Investigation and records of the

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ L. Melton

Signature of Complainant
Melton, Lance T.
Border Patrol Agent

07/22/2022      at    DEL RIO, Texas
File Date                City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01697(1)

(1) Rodil Diaz-Gomez

**Continuation of Statement of Facts:**

Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 10/28/2015 through San Antonio, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

Signature of Judicial Officer            Signature of Complainant